UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY KING,<br><br>                                    Plaintiff,<br><br>-against-<br><br>CEREBRAL PALSY ASSOCIATIONS OF NEW YORK STATE, INC. d/b/a CONSTRUCTIVE PARTNERSHIPS UNLIMITED, JAMES LEVY, ELVERT DIKIY, and JOSEPH PANCARI,<br><br>                                    Defendants. | Case No. 21-CV-03327<br>(AJN) (RWL)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Kindly enter my appearance as counsel in this case for Defendants United Cerebral Palsy Associations of New York State, Inc., sued herein incorrectly as "Cerebral Palsy Associations of New York State, Inc. d/b/a Constructive Partnerships Unlimited", James Levy, Elvert Dikiy, and Joseph Pancari.  I certify that I am admitted to practice in the Southern District of New York.

Dated: June 18, 2021
         New York, New York

                                        JACKSON LEWIS P.C.

                                        666 Third Avenue, 29th Floor
                                        New York, New York 10017
                                        T: (212) 545-4073
                                        F: (212) 972-3213
                                        Wendy.Mellk@jacksonlewis.com


                              By:       */s/ Wendy J. Mellk*_____
                                        Wendy J. Mellk


                                        *Attorneys for Defendants*