UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODY KING,

                               Plaintiff,

    -against-

CEREBRAL PALSY ASSOCIATIONS OF NEW YORK STATE, INC. d/b/a CONSTRUCTIVE PARTNERSHIPS UNLIMITED, JAMES LEVY, ELVART DIKIY, and JOSEPH PANCARI,

                              Defendants.

Case No.: 21-CV-03327 (AJN) (RWL)

**RULE 7.1 STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, UNITED CEREBRAL PALSY ASSOCIATIONS OF NEW YORK STATE, INC., sued herein incorrectly as "Cerebral Palsy Associations of New York State, Inc." by its undersigned counsel, hereby certifies that it is not a publicly traded corporation, has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: June 18, 2021
       New York, New York

                                                  Respectfully submitted,

                                                  JACKSON LEWIS P.C.
                                                  666 Third Avenue, 29th Floor
                                                  New York, New York 10017
                                                  (212) 545-4000

                                    By:    /s Wendy J. Mellk
                                                  Wendy J. Mellk
                                                  Gregory S. Slotnick

                                                  ATTORNEYS FOR DEFENDANTS