

October 18, 2021

The Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York

Re:    *Jody King v. Cerebral Palsy Associations of New York State, Inc., et al-1:21-cv-03327-AJN*

Dear Judge Nathan,

Plaintiff respectfully request an extension of time to file a stipulation of dismissal of this case. In support of this Motion, Plaintiff states the following:

1. On October 1, 2021, the mediator's final report (ECF No. 22), was filed informing the court of the parties settlement;
2. Based upon the representation that the case settled, on October 4, 2021 the Court ordered the above-captioned case to be discontinued and provided the right to restore the action if such application is made within thirty (30) days of such Order;
3. The parties are finalizing an Agreement and request an additional sixty (60) days to file a Stipulation of Discontinuance in this matter.
4. This is the first request for an extension of time to file the Stipulation of Discontinuance.

For these reasons, Plaintiff respectfully requests an extension of time for parties to finalize a Settlement and to file a Stipulation of Discontinuance up to and including January 4, 2022.

Respectfully submitted,

*/s/Jonathan Shalom*
Jonathan Shalom, Esq.
**SHALOM LAW, PLLC.**
105-13 Metropolitan Avenue
Forest Hills, NY 11375
(718)-971-9474
Jonathan@shalomlawny.com

*Attorneys For Plaintiff*